**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 21-23480-CIV-WILLIAMS**

LEADING EDGE MARKETING INC.,

     Plaintiff,

vs.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

     Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation ("***Report***") on Plaintiff's Amended Motion for Final Default Judgment against Certain Defendants[1] ("***Motion***") (DE 83). (DE 103.) In the Report, Magistrate Judge McAliley recommends that Plaintiff's Motion be GRANTED. Defendants filed no response to the Motion. Additionally, the Parties did not file any objections to Judge McAliley's Report, and the time period to file objections has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the Report (DE 103) is **AFFIRMED AND**

---

[1] The "Certain Defendants" are the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" to the Amended Complaint numbered 1, 2, 5, 8, 9, 11, 13, 15, 16, 18-22, 24, 26-39, 41, 43-47, 49, 51-57, 59-87, 89-92, 94, 96, 99, 102, 103, 104-106, 108, 109, 111, 113, 115, 116, 119-122, 126, 129, 130, 133, 134-137, 140, 142, 143, 145-148, 151, 153-155, 157, 159, 161, 162, 164-166, 169, 171, 172, 174, 176-179, 189, 191, 192, 195, 196, 198, 199, 204-209, 211, 215, 216, 218-220, 223, 224, 226, 227, 234, 237-249, 251-254, 256, 257, 259, 260-272, 275-286, and 288 ("***Defaulting Defendants***").

**ADOPTED**. Plaintiff's Amended Motion for Final Default Judgment (DE 83) is **GRANTED**. The Court will separately enter Final Default Judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>22nd</u> day of November, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE